FILED IN CHAMBERS
THOMAS W. THRASH JR.
U. S. D. C. Atlanta

JUN 1 0 2009

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ARTURO PLIEGO-DUARTE, | :: | CIVIL ACTION NO. |
| Movant, | :: | 1:03-CV-1728-TWT |
| | :: | |
| v. | :: | CRIMINAL NO. |
| | :: | 1:01-CR-0534 |
| | :: | |
| UNITED STATES OF AMERICA, | :: | MOTION TO VACATE |
| Respondent. | :: | 28 U.S.C. § 2255 |

## ORDER

Previously, this Court re-opened this 28 U.S.C. § 2255 action to allow Movant to file a belated direct appeal from his conviction and sentence. (Doc. 487.) Movant's belated appeal has now been filed and ruled on by the Eleventh Circuit. Accordingly, the Clerk is **ORDERED** to close this 28 U.S.C. § 2255 case, No. 1:03-CV-1728.

**IT IS SO ORDERED** this _10_ day of _June_, 2009.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE